ROSS CLARENCE AYERS v. B. WALTON BROWN, ADMINISTRATOR OF THE ESTATE OF ARCHIE MERRELL CREEF, JR., DECEASED

No. 7419SC1088

(Filed 7 May 1975)

APPEAL by plaintiff from *Seay, Judge.* Judgment entered 1 August 1974 in Superior Court, RANDOLPH County. Heard in the Court of Appeals 12 March 1975.

This is one of four civil actions arising out of the same automobile accident. Over plaintiff's objection, the cases were consolidated for trial. The jury answered the issue of negligence in plaintiff's favor but answered the issue of contributory negligence against plaintiff. From judgment on the verdict, plaintiff appealed.

*Ottway Burton, for plaintiff appellant.*

*Smith & Casper, by Archie L. Smith, for defendant appellee.*

MARTIN, Judge.

This case presents no question not answered by this Court in *Wood v. Brown, Administrator,* 25 N.C. App. 241, 212 S.E. 2d 690 (filed 2 April 1975). It would serve no useful purpose to discuss each assignment of error. On authority of *Wood v. Brown, supra,* all assignments of error are overruled.

No error.

Chief Judge BROCK and Judge VAUGHN concur.